FILED
2025 Jan-31  AM 09:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| SAMUEL CALVIN ALLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:24-cv-00921-ACA-SGC |
| ) | |
| GRETCHEN ROOKER, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on January 3, 2025, recommending that the court deny as time-barred, unexhausted, and procedurally defaulted Samuel Calvin Allen's 28 U.S.C. § 2254 petition for writ of habeas corpus. (Doc. 10). The magistrate judge also recommended denying a certificate of appealability. (*Id.* at 6). Although the report advised Mr. Allen of his right to object and the consequences of failing to do so, the court has received no objections.

Mr. Allen's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL DISMISS** Mr. Allen's § 2254 petition as time-barred, unexhausted, and procedurally defaulted and the court **WILL DENY** a certificate of appealability.

The court will enter a separate final order.

**DONE** and **ORDERED** this January 31, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE